## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LISA LYMAN,

                       Plaintiff,

         -against-

PETSMART, INC.,

                      Defendant.

CIVIL ACTION

NO. 16-CV-04627[KMK/JCM]

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, a true and correct copy of the REPLY MEORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT was filed electronically with the Clerk of the Court using CM/ECF system which will automatically send notification of such filing to the attorney registered as follows:

Robert P. Rovegno, Esq.
Rovegno & Cerrato, LLP
1010 Northern Blvd., Suite 312
Great Neck, New York 11021

THE CHARTWELL LAW OFFICES, LLP

Dated: 10/20/17

BY:  /s/ John M. Wutz

JOHN M. WUTZ, ESQUIRE
Attorney for Defendant, PetSmart, Inc.