USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LISA LYMAN,

                           Plaintiff,

              -against-

PETSMART, INC.,

                           Defendant.
------------------------------------------------------------X

16 **CIVIL** 4627 (JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 21, 2018, Defendant's motion for summary judgment is granted in its entirety and judgment is entered for Defendant; accordingly, the case is closed.

**Dated:** New York, New York
       September 24, 2018

                                              RUBY J. KRAJICK

                                        **Clerk of Court**

            **BY:**

                                        **Deputy Clerk**