## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LISA LYMAN
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

PETSMART, INC,
_____

(List the full name(s) of the defendant(s)/respondent(s).)

16 CV 04627 (JCM )(    )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:   LISA LYMAN
_____

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☒ judgment   ☐ order   entered on:   SEPTEMBER 24th, 2018
_____
(date that judgment or order was entered on docket)

that:   DISMISSED PLAINTIFF'S CASE IN ITS ENTIRETY UPON DEFENDANT'S
_____

MOTION FOR SUMMARY JUDGMENT, AND THE COURT'S OPINION AND DECISION.
_____
(If the appeal is from an order, provide a brief description above of the decision in the order.)

10/22/18
Dated

Signature

AWAD, JOSEPH P.
Name (Last, First, MI)

600 OLD COUNTRY RD., STE 505   GARDEN CITY    NY                11530
Address                          City           State            Zip Code

(516) 832-7777                      ONEIDAJOE33@GMAIL.COM
Telephone Number                    E-mail Address (if available)

_____

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13